UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HOU HSU, <br><br>                    Plaintiff, <br><br> v. <br><br> PATRICK R. DONAHOE, POSTMASTER GENERAL, U.S. POSTAL SERVICE, <br><br>                    Defendant. | Case No.: 13-2253 PSG <br><br> **ORDER TO SHOW CAUSE** <br><br> **(Re: Docket No. 6)** |

On August 20, 2013, both Plaintiff Hou Hsu ("Plaintiff") and Defendant Patrick Donahoe, Postmaster General ("Defendant") failed to appear at the case management conference. Accordingly, Plaintiff is ordered to file a letter on the docket by September 20, 2013 to show cause why the case should not be dismissed for failure to prosecute.

Failure to comply with this order may result in dismissal of the action pursuant to Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED

Dated: September 12, 2013

_____
PAUL S. GREWAL
United States Magistrate Judge

Case No.: 13-2253
ORDER TO SHOW CAUSE