UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| HOU HSU, | ) | Case No. 5:13-cv-02253-PSG |
| | ) | |
| Plaintiff, | ) | **CASE MANAGEMENT ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| PATRICK DONAHOE, POSTMASTER GENERAL, U.S. POSTAL SERVICE, | ) ) ) | |
| Defendants. | ) | |

On May 27, 2014, the parties appeared before the undersigned for a case management conference. Based on the appearance of the government's newly-appointed attorney, the court granted the government an additional thirty days to submit a motion to dismiss; that motion will now be due on July 15, 2014. Within three weeks of the adjudication of that motion, the parties are then to contact Judge Howard Lloyd to schedule a settlement conference.

IT IS SO ORDERED.

Dated: May 27, 2014

_____
PAUL S. GREWAL
United States Magistrate Judge