UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HOU HSU, ) <br> ) <br>     Plaintiff, ) <br> ) <br>  v. ) <br> ) <br> PATRICK R. DONAHUE, ) <br> ) <br> ) <br>     Defendant. ) | Case No: 5:13-cv-2253-PSG <br><br> **ORDER APPOINTING PRO BONO COUNSEL FOR PLAINTIFF** <br><br> **(Re: Docket No. 43)** |

    Plaintiff Hou Hsu has requested and requires counsel to assist him in this matter. Robert Artuz, Esq. of the law firm Kilpatrick, Townsend and Stockton, LLP has volunteered to undertake limited scope representation of Plaintiff at the request of the Federal Legal Assistance Self Help program. Accordingly, the Court appoints Artuz as counsel for Hsu in this matter.

    Artuz is appointed for the limited scope of the court-ordered settlement conference on October 16, 2014. Artuz's representation of Hsu shall cease upon completion of the settlement conference proceeding.

**IT IS SO ORDERED.**

Dated: September 30, 2014

                                                 _____
                                               PAUL S. GREWAL
                                               United States Magistrate Judge