**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HOU HSU,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>PATRICK DONAHOE, POSTMASTER GENERAL, U.S. POSTAL SERVICE,<br><br>　　　　　Defendant. | Case No. 5:13-cv-02253-PSG<br><br>**ORDER DENYING WITHOUT PREJUDICE TO RENEWAL MOTION TO REVIEW DISABILITY CLAIM**<br><br>**(Re: Docket No. 46)** |

Hou Hsu brings this motion after the court denied Donahoe's motion to dismiss Hsu's first amended complaint without prejudice.[1] The court denied Donahoe's motion to afford the parties time to participate in a settlement conference currently set for November 25, 2014.[2] On the same day, the court also denied several of Hsu's pending motions without prejudice to clear the docket for the purposes of settlement talks.[3] For both parties, the court has held that if the settlement conference is unsuccessful, the moving party may file a one-page notice to renew.[4]

---

[1] *See* Docket No. 46.

[2] *See* Docket No. 39.

[3] *See* Docket Nos. 40, 41.

[4] *See* Docket Nos. 39, 40, 41.

1

Case No. 5:13-cv-02253-PSG
ORDER DENYING WITHOUT PREJUDICE TO RENEWAL MOTION TO REVIEW DISABILITY CLAIM

Donahoe is correct that any additional motions are not appropriate right now given the pending settlement conference.[5]  But Hsu's motion may be appropriate at a later time.  It is only fair that if the court has denied Donahoe's motion to dismiss without prejudice so that settlement talks may proceed unencumbered, the court should deny Hsu's current motion without prejudice. Hsu's motion therefore is denied, and Hsu may file a one-page notice of renewal.  But until a settlement conference, neither party should file further motions with the court.

**SO ORDERED.**

Dated: October 31, 2014

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[5] *See* Docket No. 47.

2
Case No. 5:13-cv-02253-PSG
ORDER DENYING WITHOUT PREJUDICE TO RENEWAL MOTION TO REVIEW
DISABILITY CLAIM